UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSICCA R. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RED ROBIN INTERNATIONAL, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. C10-5265JRC <br><br> **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

THIS MATTER coming before the Court on defendant's Unopposed Motion for Extension of Time to Respond to Complaint, and the Court having reviewed the file and record herein, and finding there is good cause to grant said motion:

IT IS HEREBY ORDERED that defendants shall until May 3, 2010 to file an Answer or otherwise move against plaintiff's Complaint.

DATED this 28th day of April, 2010.

J. Richard Creatura
United States Magistrate Judge

Order - 1